David L. LALIME v. Hilton H. DIER, JR., No. 257-77

September 19, 1977. The summons in this case not being in compliance with the provisions of V.R.A.P. 21(b), the service thereunder is set aside. Since the complaint fails to set forth grounds justifying extraordinary relief under V.R.A.P. 21, issuance of an order of service of the same is denied as a matter of discretion.